UNITED STATES DISCTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:16-CIV-62397-WPD

JENNIPHER PEREZ,

    Plaintiff,

vs.

CLIENT SERVICES, INC.,

    Defendant.
_____/

**ORDER APPROVING STIPULATION OF VOLUNTARY DISMISSAL**

THIS CAUSE is before the Court on the Joint Stipulation of Voluntary Dismissal with Prejudice (the "Stipulation") [DE 12], filed herein on December 19, 2016. The Court has considered the Stipulation and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED and ADJUDGED** as follows:

1.     The Stipulation [DE 12] is hereby **APPROVED;**

2.     This action is hereby **DISMISSED WITH PREJUDICE**;

3.     The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 19th day of December, 2016

_____
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record